

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2018

No. 04-18-00014-CV

Virginia **BRETADO**,
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's reply brief was due on July 12, 2018. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for extension of time to file the reply brief until July 23, 2018, for an extension of ten days.

Appellant's motion is GRANTED. Appellant's reply brief is due on July 23, 2018. *See id.* R. 38.6(d).

Entered on this 16th day of July, 2018.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle,
Clerk of Court

